

M. Denise Tolliver
109 Gardengate Road
Camden, DE 19934
mdtolliver@hotmail.com
(302) 242-1482

December 13, 2017

The Honorable Richard G. Andrews
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

        Re: C.A. No. 17-cv-01776-RGA

Dear Judge Andrews:

I am writing to notify the Court that I oppose Defendants' request for time extension (D.I. 7) as both my remand and default motions are pending (D.I. 5).

It is my belief that Removal to Federal Court is improper as Delmarva Foundation for Medical (DFMC) is a non-diverse defendant. During my employment, DFMC operated from 3 offices in Delaware (one in each county) and under Delaware Business License No. 2003107802. My complaint for Case No.N14-09-088-JAP is composed of State claims as follows:

        Count I      DDEA Age 19 Del. Code §710
        Count II     DDEA Retaliation
        Count III    DDEA Race Harassment
        Count IV    DDEA Race Disparate Treatment
        Count V     At-Will Employment Bad Faith Exception
        Count VI    The Implied Covenant of Good Faith and Fair Dealing
        Count VII   Intentional Infliction of Emotional Distress
        Count VIII  Confidentiality Breach and Invasion of Privacy
        Count IX    Whistleblower 19 Del. Code § 1701 DWBPA

I am available to provide further information the Court may require.

Respectfully submitted,

M. Denise Tolliver

M. Denise Tolliver

cc. Joe Yeager by regular mail

From: **M. Denise Tolliver** mdtolliver@hotmail.com
Subject: **Re: Tolliver v. Delmarva Foundation for Medical Care, et al., C.A. 17-01776 UNA**
Date: **Dec 13, 2017 at 4:16:55 PM**
To: **Yeager, Joe** JYeager@McCarter.com

Alderman Yeager,

This is to confirm that I am unaware of a time extension request. My remand motion at District Court and default judgment motion are pending. For the record, I do no agree to any time extension. My notice to the court will be mailed which requires possible delivery by Monday, December 18, 2017.

Denlse Tolliver


Sent from my iPad


On Dec 13, 2017, at 4:02 PM, Yeager, Joe <JYeager@McCarter.com> wrote:

Ms. Tolliver,

Attached please find copies of Defendants' Motion for Extension of Time to Answer, Respond or Otherwise Plead which was filed with the Court this afternoon. Hardcopies will follow via U.S. First Class mail.

<image001.jpg>   **Norma Joyce | Paralegal**
**McCARTER & ENGLISH, LLP**

Renaissance Centre, 405 N. King Street, 8th Floor | Wilmington, Delaware 19801
T: 302-984-6335
njoyce@mccarter.com | www.mccarter.com

BOSTON | HARTFORD | STAMFORD | NEW YORK | NEWARK
EAST BRUNSWICK | PHILADELPHIA  | WILMINGTON | WASHINGTON, DC

**Think Green! Please consider the impact on the environment before printing this e-mail.**

This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

<Defts Motion for Extension of Time to Answer Complaint.PDF>

M. Denise Tolliver
109 Gardengate Road
Camden, DE 19934-9649

U.S.M.S.
PAID

FILED
DEC 15 2017
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

WILMINGTON DE 197
13 DEC 2017

U.S. District Court for the District of Delaware
Attn: Judge Richard G. Andrews
844 N. King Street
Wilmington, DE 19801