IN THE UNITED STATES DISRICT COURT
FOR THE DELAWARE DISTRICT

M. Denise Tolliver, Pro Se )
    Plaintiff )
)
) C.A. No.17-cv-01776-RGA
v. )
Delmarva Foundation for Medical Care, ) Bench Trial Demanded
Quality Health Strategies, and )
Terri Daly. )
    Defendants )

## PLAINTIFF TIME EXTENSION OPPOSITION AND MOTION TO STRIKE

Plaintiff opposes Defendants' request for time extension (D.I. 7) as both of Plaintiff's remand and default motions are pending (D.I. 5).

### ARGUMENT

Non-Diverse Defendant

Defendants' Removal to Federal Court is improper as Delmarva Foundation for Medical (DFMC) is a non-diverse defendant. During Plaintiff's employment, DFMC operated from 3 offices in Delaware (one in each county) and under Delaware Business License No. 2003107802.

State Claims

Plaintiff's Complaint for Case No. K17C-11-010-NEP (D.I. 1 at Page 5) is composed of State claims and request for damages in the amount of less than $75,000 (D.I. 1 at Page 13) as follows:

    Count I      Implied Covenant of Good Faith and Fair Dealing

    Count II     19 Del. Code Chapter 11 §1108 (3) Duty of Employer regarding notification, posting and records

    Count III    Defamation

    Count IV    DDEA 19 Del. Code Chapter 720 et seq. Disability and Retaliation

<u>Motion to Strike</u>

Plaintiff requests to the Court to strike Plaintiff's letter dated December 13, 2017 to correct the Court's record of Plaintiff's Delaware Superior Court Case No. K17C-11-010-NEP.

          M. Denise Tolliver

          _____
          M. Denise Tolliver
          Pro Se Plaintiff
          109 Gardengate Road
          Camden, DE 19934
          mdtolliver@hotmail.com
          (302) 242-1482

Date: December 14, 2017

## CERTIFICATE OF SERVICE

I, M. Denise Tolliver, hereby certify that on December 14, 2017, a copy

**PLAINTIFF TIME EXTENSION OPPOSITION AND STRIKE MOTION**

was served by email and regular mail upon the following defendant attorneys representing Delmarva Foundation for Medical Care, Quality Health Strategies, Inc. and Terri Daly.

>
> Joe P. Yeager, Esquire
> Pamela J. Moore, Esquire
> Attorneys for Defendants
> 405 North King Street, 8th Floor
> Wilmington, DE 19801-0391
> (302) 984-6300; (302) 984-6399 fax
> Jyeager@mccarter.com; pmoore@mccarter.com

_____
M. Denise Tolliver
109 Gardengate Road
Camden, DE 19934
(302) 242-1482
mdtolliver@hotmail.com

Dated: December 14, 2017



M. Denise Tolliver
109 Gardengate Road
Camden, DE 19934-9649

U.S.M.S.
X-RAY

FILED
DEC 19 2017
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Office of the Clerk
Attn: Hon. Judge Richard G. Andrews
United States District Court of Delaware
844 N. King Street, Unit 18
Wilmington, DE 19801-3510