IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

M. DENISE TOLLIVER, :
:
    Plaintiff, :
:
v. : Civil Action No. 17-1776-RGA
:
DELMARVA FOUNDATION FOR :
MEDICAL CARE, :
:
    Defendant. :

## MEMORANDUM ORDER

Defendant seeks to have its non-public financial documents filed by Plaintiff designated confidential and treated as filed under seal (D.I. 42) and Plaintiff seeks to have her personnel and medical records designated confidential and filed under seal (D.I. 54). The matters have been briefed. The Court has considered the motions. They will be granted.

THEREFORE, IT IS ORDERED this 30 day of January 2019 that:

1. Defendant's motion for confidential treatment (D.I. 42) is **GRANTED**. Defendant's non-public financial documents e-filed by Plaintiff as a second exhibit to her request for reconsideration of dismissal of the complaint and motion to remand at D.I. 36 are designated "Confidential", redacted, and filed under seal.

2. Plaintiff's motion for confidential treatment (D.I. 52) is **GRANTED**. Plaintiff's personnel and/or medical records and other documents at D.I. 53 are designated "Confidential" and filed under seal.

                                                      /s/ Richard G. Andrews
                                                    UNITED STATES DISTRICT JUDGE